*Bearden, Petitioner, v. McGill, Respondent*, No. 93178-0. Petition for review of a decision of the Court of Appeals, No. 72926-8-I, April 11, 2016, 193 Wn. App. 235. *Granted on a specific issue* and *remanded* to the Court of Appeals September 28, 2016.

*State, Respondent, v. Weatherwax et al., Petitioners*, No. 93192-5. Petition for review of a decision of the Court of Appeals, Nos. 32708-6-III and 32760-4-III, May 3, 2016, 193 Wn. App. 667. Petitioner Weatherwax's petition *granted on a specific issue* and petitioner Rodgers' petition *granted* September 28, 2016.

*Arden et al., Petitioners, v. Forsberg & Umlauf, PS, et al., Respondents*, No. 93207-7. Petition for review of a decision of the Court of Appeals, No. 46991-0-II, May 3, 2016, 193 Wn. App. 731. *Granted* September 28, 2016.

*Schibel et al., Petitioners, v. Eymann et al., Respondents*, No. 93214-0. Petition for review of a decision of the Court of Appeals, No. 32937-2-III, April 26, 2016, 193 Wn. App. 534. *Granted* September 28, 2016.

*Swank et al., Petitioners, v. Valley Christian Sch. et al., Respondents*, No. 93282-4. Petition for review of a decision of the Court of Appeals, No. 33782-1-III, May 17, 2016, 194 Wn. App. 67. *Granted* September 28, 2016.

*In re Det. of P.K.*, No. 92106-7. Petition for review of a decision of the Court of Appeals, No. 71290-0-I, July 13, 2015, 189 Wn. App. 317. *Denied* September 28, 2016.

*State, Respondent, v. Clark, Petitioner*, No. 92554-2. Petition for review of a decision of the Court of Appeals, No. 70862-7-I, October 26, 2015, 190 Wn. App. 736. *Denied* September 28, 2016.